UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHURCHILL FUNDING I REO LLC** § § | |
| **Plaintiff,** § § | |
| v. § § | |
| § | |
| **ASH SHAH, SRINIVAS R. DODDA, MEETU BHATNAGAR, KAPIL MISHRA, MURLAI KODEMALA, SREERAM BAZARU, SRIDHAR SANNIDHI, SURYA MANTENA, and PRINCETON LUXURY APARTMENTS MGR LLC** § § § § § § § § | Case No. 1:24-cv-08369-JLR |
| **Defendants.** § § | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Churchill Funding I REO LLC hereby voluntarily dismisses this action, as against all Defendants, without prejudice and without costs to any party.

Date: December 4, 2024

Respectfully Submitted,

*/s/ Kevin O'Brien*
Kevin J. O'Brien
**KING & SPALDING LLP**
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Telephone: (212) 556-2100
Email: kobrien@kslaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that, on December 4, 2024, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which serves the registered parties via the CM/ECF system on counsel of record. I hereby further certify that I caused the foregoing to be served by certified mail, return receipt requested, upon the following non-registered parties:

| | |
|---|---|
| Sreeram Bazaru<br>2716 North Umberland Drive<br>Lewisville, TX 75056 | Kapil Mishra<br>3 Heron View Road<br>Acton, MA 01720 |
| Srinivas R. Dodda<br>110 Horseshoe Bend<br>Fairview, TX 75069 | Princeton Luxury Apartments MGR LLC<br>c/o Murali Kodemala<br>13483 Grand Arbor Lane<br>Frisco, TX 75035 |
| Murlai Kodemala<br>13483 Grand Arbor Lane<br>Frisco, TX 75035 | Sridhar Sannidhi<br>3605 Cathedral Lake Drive<br>Frisco, TX 75034 |
| Surya Manjtena<br>4011 Munira Drive<br>Frisco, TX 75035 | Ash Shah<br>13810 Hampton Cove Drive<br>Houston, TX 77077 |

                                                    */s/ Kevin J. O'Brien*
                                                    Kevin J. O'Brien